IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| TAYLOR C. COOPER, ET AL. | § | |
| v. | § | CIVIL ACTION NO. 9:05cv157 |
| JOE SMITH, ET AL. | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that Defendants' Motion for Summary Judgment (document #78) be granted. Plaintiffs filed written objections on January 29, 2009.

Having made a *de novo* review of the objections filed by Plaintiffs, the Court finds that the findings and conclusions of the Magistrate Judge are correct and the objections are without merit. Therefore, the findings and conclusions of the Magistrate Judge are hereby adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that Defendants' Motion for Summary Judgment (document #78) is **GRANTED** and the complaint is **DISMISSED** with prejudice.

**SIGNED** this the **31** day of **January, 2007.**

_____
Thad Heartfield
United States District Judge